**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BALVINA JAZMIN CORDOVA BANUELOS,<br><br>　　　　Defendant. | Case No.: 23-cr-189-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

　　Pending before the Court is the United States of America's motion to dismiss the Information without prejudice. Having reviewed the motion, and for good cause appearing, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** the Information against Defendant Balvina Jazmin Cordova Banuelos.

　　**IT IS SO ORDERED.**

DATED: 6/21/2023

_____
**Hon. Robert S. Huie**
United States District Judge
Southern District of California